# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | CASE NO.: 2:16-CR-12 |
| v. | * | |
| MELVINA LEWIS, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 532, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Melvina Lewis is competent to stand trial and shall proceed with this case.

SO ORDERED, this 14 day of December, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA