FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:26 pm, Jun 01, 2020

# United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,    )
                             )
                             )
v.                           )    CR 216-012-8
                             )
                             )
MELVINA LEWIS,               )
                             )
     Defendant.              )
```

### ORDER

Before the Court is Defendant Melvina Lewis' motion to reduce sentence pursuant to the First Step Act of 2018. Dkt. No. 983. Lewis' motion is **DENIED**.

In March 2019, Lewis moved for a sentence reduction under § 3582(c)(1)(B) based upon the First Step Act. Dkt. No. 916. This Court denied Lewis' First Step Act motion on November 26, 2019. Dkt. No. 963. Lewis did not appeal that decision.

Section 404(c) of the First Step Act specifically states that "[n]o court shall entertain a motion made under this section to reduce a sentence . . . if a previous motion made under this section to reduce the sentence was, after the date of enactment of this Act, denied after a complete review of the motion on the merits." Pub. L. 115-391, 132 Stat. 5194 (2018). Because this Court has already reviewed Lewis' initial First

Step Act motion and denied it on the merits, it is now without jurisdiction to review her second First Step Act motion. See United States v. Johnson, No. CR 108-110 (S.D. Ga. Apr. 24, 2020) (granting motion to dismiss under § 404(c) and explaining that "the Court may not address Defendant's second First Step Act motion"). Accordingly, Lewis' motion for release and/or resentencing under § 3582, as amended by the First Step Act, dkt. no. 983, is **DISMISSED**.

    **SO ORDERED**, this 1st day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA