# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MELVINA LEWIS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:18-cv-58 |
| | * | |
| v. | * | (Case No.: 2:16-cr-12) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Movant Melvina Lewis ("Lewis") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Lewis' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct her Sentence, as supplemented, and Motion for Relief from Judgment. Dkt. Nos. 1, 10, 14. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Lewis in forma pauperis status on appeal

and a Certificate of Appealability.

**SO ORDERED**, this \_\_\_23\_\_\_ day of \_\_\_April_____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA