AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| United States of America<br>v.<br>Melvina Lewis,<br>a/k/a "Ma Dukes,"<br>a/k/a "Ma," a/k/a "Mel" | )<br>)<br>) Case No:  2:16CR00012-8<br>)<br>)<br>) USM No:  21491-021 |
| Date of Original Judgment: July 27, 2017<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>Jason Randall Clark<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ■ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☒ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  July 27, 2017  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  5/28/2024

*Judge's signature*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*

Effective Date: _____
*(if different from order date)*