# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CR 216-012-8 |
| ) | |
| ) | |
| MELVINA LEWIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Melvina Lewis's motion for a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines. Dkt. No. 1190. Defendant's motion is **DENIED**. The Court has already found that Amendment 821 does not have the effect of reducing Defendant's sentence. See Dkt. No. 1189.

**SO ORDERED**, this 20 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA